United States District Court

Eastern District of California

Willie R. Beasley,

     Petitioner,

vs.

Claude E. Finn, Warden,

     Respondent.

No. Civ. S 03-2566 DFL PAN P

Order

-oOo-

April 12, 2005, the court granted petitioner's motion to stay this action pending the outcome of proceedings in the California Supreme Court. Those proceedings have concluded. Petitioner moves to vacate the stay and respondent has notified the court he does not oppose the motion.

Accordingly, Petitioner's July 25, 2005, motion to vacate the stay is granted.

Petitioner shall, within 30 days of the date of this order, file and serve an amended petition including all exhausted

1  claims.  Respondent has 30 days from that date to file and serve
2  a response thereto.  An answer shall be accompanied by any and
3  all transcripts or other documents relevant to the determination
4  of the issues presented in the application.  See Rule 5, Fed. R.
5  Governing § 2254 Cases.  Petitioner's reply, if any, shall be
6  filed and served within 30 days of service of an answer.  If the
7  response to petitioner's application is a motion, petitioner's
8  opposition or statement of non-opposition shall be filed and
9  served within 30 days of service of the motion, and respondent's
10 reply, if any, shall be filed within 15 days thereafter.
11     So ordered.
12     Dated:  August 30, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge