United States District Court

Eastern District of California

Willie Ray Beasley,

    Petitioner,  No. Civ. S 03-2566 DFL PAN P

  vs.  Order

Claude E. Finn,

    Respondents.

-oOo-

September 26, 2005, petitioner filed a first-amended petition without the proof of service required by Fed. R. Civ. P. 5 and Local Rule 5-135.  Petitioner shall file a proof of service within ten days.  Otherwise the matter will proceed on the March 7, 2005, first-amended petition.

So ordered.

Dated:  September 29, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge