IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE R. BEASLEY,<br><br>　　　　　　　Petitioner,<br><br>　vs.<br><br>CLAUDE E. FINN, Warden,<br><br>　　　　　　　Respondent. | No. 2:03-cv-02566-JKS-EFB<br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding *pro se*, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

　　　　On July 27, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days.  No objections to the Findings and Recommendations have been filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has reviewed the record on its face and finds no clear error.

　　　　Accordingly, IT IS HEREBY ORDERED THAT:

1. 　　The Findings and Recommendations filed July 27, 2007, are adopted in full;

2. 　　Respondent's motion to dismiss at Docket No. 24 is DENIED;

3. 　　Respondent is directed to serve and file a motion or answer that complies with Rule 5 of the Rules Governing Section 2254 Cases within 30 days of the date of this order; and

3. 　　Petitioner is directed to file a reply or opposition to the motion, as appropriate, within 20 days after Respondent has served and filed his motion or answer.

　　　　Dated:  January 9, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　s/ James K. Singleton, Jr.　　　　
　　　　　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge